KATIE McCARTHY, as Administratrix of the Estate of THOMAS McCARTHY, Deceased, Respondent, *v.* R. G. PACKARD COMPANY, Appellant.

*McCarthy* v. *Packard Co.*, 105 App. Div. 436, affirmed.
(Argued October 2, 1905; decided October 17, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1905, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint.

The following question was certified: " Does the complaint state facts sufficient to constitute a cause of action ? "

*E. G. Benedict* for appellant.

*James McBrien* and *Frank M. Hardenbrook* for respondent.

Judgment affirmed, with costs, on opinion below. Question certified answered in the affirmative.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.